```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 02420
   ANNETTA JENKINS
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR


         Debtor
   SSN XXX-XX-6233


---------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/12/07 and confirmed on 08/03/07.

     2.  The case was dismissed after confirmation, 12/21/2007.

     3.  The Debtor paid a total of $    607.50 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 557.86 | .00 | 15.23 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 12913.82 | .00 | 352.58 |
| CITY OF CHICAGO | UNSECURED | 1610.00 | .00 | 43.96 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| FRIEDMAN & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 628.02 | .00 | 17.15 |
| MARTIN MEREL | UNSECURED | 1067.66 | .00 | 29.15 |
| MIDNIGHT VELVET | UNSECURED | 215.54 | .00 | .00 |
| NORTHERN ILLINOIS COLLEC | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES PERFORMANCE | UNSECURED | NOT FILED | .00 | .00 |
| SENEX SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SENEX SERVICES | UNSECURED | 999.90 | .00 | 27.30 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SHERMAN FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | 550.11 | .00 | 15.02 |
| WALMART STORES INC | UNSECURED | 2006.91 | .00 | 54.79 |
| ROUNDUP FUNDING LLC | UNSECURED | 699.80 | .00 | 19.11 |

         Summary of disbursements:
---------------------------------------------------------------------------

```
                 SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00     21249.62           .00      21249.62
PRINCIPAL PAID        .00          .00       574.29           .00        574.29
INTEREST PAID         .00          .00          .00           .00           .00
TOTAL PAID            .00          .00       574.29           .00        574.29
```
The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $   2500.00
and was paid $     16.00   direct and $      5.87   through the plan.

The Trustee received $      27.34 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/10/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE